Louis Goodman, Respondent, v. Clara V. Jacobs, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Arthur W. Gould, Appellant, v. Eastern Trails, Inc., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Michael Gregory, Assignee of Edward Maurice, Respondent, v. Ambassador Realty Co., Inc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Lillian L. Hammond and Others, as Successor Trustees of Trust Estate 29-E of the Westchester Title & Trust Company under Declaration of Trust Dated March 20th, 1936, Respondents, v. Lawrence Investing Company, Inc., and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. (See ante, p. 900.) The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

Pauline Hegel and Others, Respondents, v. Mohegan Colony, Inc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of Jacob Blauweiss, Also Known as Jack Blauweiss, Appellant, against Philip Berglas, Respondent, for Cancellation of a Judgment in the Action of Philip Berglas, Plaintiff, v. Jack Blauweiss and Louis Goldman, Defendants, and for Cancellation of Said Judgment as to Jack Blauweiss, Only.— Motion for leave to appeal to the · Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Rehabilitation of Bond and Mortgage Guarantee Company. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises Known as the Salisbury Golf Courses, Whaleneck Road, East Meadow, Nassau County, Long Island, New York, Guaranteed by Bond and Mortgage Guarantee Company and Designated as Guarantee No. 171,038. (Appeal No. 1.) Paragon Land Corp., Morris Walzer, Louis Weinstock and Harold J. Weinstock, Appellants; Joseph P. Day, Frederick R. Crane and Bradley Delehanty, Trustees, etc., Respondents. (Appeal No. 2.) Paragon Land Corp., Appellant; Joseph P. Day, Frederick R. Crane and Bradley Delehanty, Trustees, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Purpose of Establishing Thereon a Public Beach to All Land and Land under Water Not Heretofore Acquired by The City of New York for Park Purposes, Extending from Jacob Riis Park to the Westerly Line of Beach 25th Street, at Rockaway Beach, in the Borough of Queens, City of New York, etc. Metro Investing and Credit Corporation, Assignee of Thompson Park Amusement Corporation, Appellant; The City of New York, Respondent.— Motion for